IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH C. CAMPBELL,<br><br>    Defendant. | 8:99CR105<br><br>ORDER |

  On July 16, 2014, defendant appeared with counsel for a final hearing on a petition for warrant or summons for offender under supervision (Filing No. 213). Defendant was represented by Richard H. McWilliams, Assistant Federal Public Defender. Plaintiff was represented by Kimberly C. Bunjer for Nancy A. Svoboda, Assistant United States Attorney. Defendant admitted Allegation No. 2 of the Petition. Plaintiff agreed to dismiss Allegation Nos. 1, 3, 4, 5 and 6 of the Petition. The Court found defendant in violation of the conditions of his supervised release. The Court revoked defendant's supervised release and proceeded to sentencing.

  IT IS ORDERED:

  1) Defendant's supervised release is hereby revoked. Defendant is sentenced to time served and shall continue on supervised release until October 31, 2016, with the same conditions as previously ordered.

  2) As a special condition of his supervised release, defendant shall attend, successfully complete, and pay for an approved cognitive-behavioral based program as directed by the probation officer.

3) Allegation Nos. 1, 3, 4 5 and 6 of the petition are dismissed.

DATED this 17th day of July, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom

                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court